**Dismiss and Opinion Filed February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00250-CV

**ELIZABETH REBELES, HOLLINGSWORTH SAND & GRAVEL, LLC, AND KELLY D. HOLLINGSWORTH, Appellants**

**V.**

**B & R SYSTEMS, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10674**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The appellate filing fee in this appeal has not been paid despite appellants being directed three times to pay the fee, given more than ten days to do so, and cautioned that their appeal could be dismissed for failure to comply. Appellants have also failed to file a brief, again despite being directed to do so, given additional time to do so, and cautioned their appeal would be dismissed.

Because nothing in our records reflects appellants are excused by statute or rule from paying the filing fee, they have failed to pay those fees, and have failed to file a brief, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b), (c).

130250F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ELIZABETH REBELES,
HOLLINGSWORTH SAND & GRAVEL,
LLC AND KELLY D.
HOLLINGSWORTH, Appellants

No. 05-13-00250-CV      V.

B & R SYSTEMS, INC., Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-10674.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

        In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
        We **ORDER** that appellee B & R Systems, Inc. recover its costs, if any, of this appeal
from appellants Elizabeth Rebeles, Hollingsworth Sand & Gravel, LLC and Kelly D.
Hollingsworth.


Judgment entered February 26, 2014



                                                    /Carolyn Wright/
                                                    CAROLYN WRIGHT
                                                    CHIEF JUSTICE

–3–